UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>        Plaintiff,<br><br>    v.<br><br>AGUILARA, et al.<br><br>        Defendants. | CASE NO. 1:15-cv-01202-LJO-MJS (PC)<br><br>**ORDER REGARDING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(ECF No. 26)**<br><br>**CLERK TO TRANSMIT MOTION TO NINTH CIRCUIT COURT OF APPEAL** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action was dismissed with prejudice for failure to state a claim, and Plaintiff appealed. (ECF Nos. 23, 30.) Before the Court is Plaintiff's March 21, 2017 motion for the appointment of counsel. (ECF No. 26.)

It appears that Plaintiff seeks the appointment of counsel on appeal. Accordingly, the Clerk of Court is HEREBY DIRECTED to transmit Plaintiff's motion to the Ninth Circuit for consideration by the appellate court.

IT IS SO ORDERED.

Dated: April 5, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE