UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGUILARA, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-01202-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S CURRENT MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>**(ECF No. 29)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's March 21, 2017, motion to proceed in forma pauperis on appeal. (ECF No. 29.)

　　　　Plaintiff already has been granted leave to proceed in forma pauperis in this action. (ECF No. 13.) That status continues absent further action by the Court. Fed. R. App. P. 24(a)(3). No such action has been taken. Accordingly, Plaintiff's current motion for leave to proceed in forma pauperis is HEREBY DENIED as moot.

IT IS SO ORDERED.

　　Dated:　April 5, 2017　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28